No. 873. ALBEE GODFREY WHALE CREEK CO., INC. *v.* DINGFELDT. May. 24, 1937.

No. 805. NATIONAL ELECTRIC PRODUCTS CORP. *v.* CIRCLE FLEXIBLE CONDUIT CO. ET AL. June 1, 1937.

No. 857. CLAWANS *v.* DISTRICT OF COLUMBIA. June 1, 1937.

No. 889. TINKOFF *v.* UNITED STATES. June 1, 1937.

No. 919. KLEE CORPORATION ET AL. *v.* ROOSEVELT ET AL. June 1, 1937.